**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-7368**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JOSHUA COARD, a/k/a J-Rock,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Jr., Senior District Judge.  (3:19-cr-00686-JFA-9)

Submitted:  June 15, 2023                                        Decided:  June 20, 2023

Before DIAZ, RICHARDSON, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joshua Coard, Appellant Pro Se.  Kathleen Michelle Stoughton, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joshua Coard appeals the district court's order denying his pro se motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Coard*, No. 3:19-cr-00686-JFA-9 (D.S.C. Nov. 9, 2022). We deny Coard's motion for appointment of counsel, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*